December 17, 2010

Mr. Shannon H. Ratliff
Ratliff Law Firm, P.L.L.C.
600 Congress Ave., Suite 3100
Austin, Tx 78701-2984
Ms. Deborah G. Hankinson
Hankinson Levinger LLP
750 North St. Paul Street, Suite 1800
Dallas, TX 75201

RE: Case Number: 05-0729
 Court of Appeals Number: 13-99-00757-CV
 Trial Court Number: 96-7-8148

Style: EXXON CORPORATION AND EXXON TEXAS, INC.
 v.
 EMERALD OIL & GAS COMPANY, L.C.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. The Court's opinion of March 27, 2009 is withdrawn and
the opinion of this date is substituted. The judgment, issued March 27,
2009, remains in place. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Guzman and Justice Lehrmann not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Ruby Garcia |
| |Ms. Cathy Wilborn |
| |Mr. Zachary S. |
| |Brady |
| |Ms. Susan Combs |
| |Mr. Jerry Patterson|
| | |
| |Mr. William F. |
| |Warnick |
| |Mr. Keith Strama |